# PD-0430-15

NO._____

IN THE

TEXAS COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

CALVIN LOUISE RUSHING

VS.

THE STATE OF TEXAS

FROM APPEAL NO. 12-14-00112-CR

TRIAL CAUSE NO. 2012-0431

ANGELIA COUNTY

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

## APPELLANT'S MOTION REQUESTING SUSPENSION OF TEXAS RULE OF APPELLATE PROCEDURE, RULE 9.3[b]

TO THE TEXAS COURT OF CRIMINAL APPEALS:

Comes now, **Calvin Louise Rushing**, hereafter styled as the, Appellant, who in accordance with **Texas Rules Of Appellate Procedure, Rule 2**, and hereby request The Texas Court Of Criminal Appeals will suspend operation and/or application of the required number of copies of Appellant's Pro-Se Petition For Discretionary Review pursuant to **Texas Rule Of Appellate Procedure, Rule 9.3[b]**; As Appellant will argue and show unto The Court as follows:

I.

The Appellant, Calvin Louise Rushing, is a Texas Department Of criminal Justice-Institutional Division inmate #1925565, held in confinement at The **Allen B. Polunsky Unit [3872 FM 350 South-Livingston,Texas 77351]**, serving a sentence of fifty[50] years.

II.

The Appellant, Calvin Louise Rushing, at all times hereto mentioned during his trial before the judge and during the direct appellate appeal process has been and has remained indigent having

executed a sworn and valid proper pauperis oath declaring his indigency to that effect on file in this case.

## III.

The Appellant as a Texas prison inmate does not receive nor earn any monetary funds for his imprisonment or hard labor; And neither does the Appellant as a prison inmate has access to any copy machine nor printer to duplicate the required number of copies of his Pro-Se Petition For discretionary Review; Furthermore, Appellant is without family or friends available to copy or print up the necessary number of copies of his Pro-Se Petition For Discretionary Review; Therefore, Appellant request The Court to 'Suspend' the rule requirement of **Texas Rule Of Appellate Procedure, Rule 9.3[b]**.

## IV.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Appellant, Calvin Louise Rushing, respectfully prays The Court to Suspend-Operation- of **Texas Rule Of Appellate Procedure, Rule 9.3[b]**, to which relief Appellant humbly accepts.

RESPECTFULLY SUBMITTED,

CALVIN LOUISE RUSHING
TDCJ-ID# 1925565
ALLEN B. POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

-2-

## V.
## CERTIFICATE OF SERVICE

I, Calvin Louise Rushing, hereby certify that a copy of Motion Requesting Suspension Of **Tex. R. App. Proc., Rule 9.3 [b]**, has been mailed by U.S. Postal Service on this 13th day of april , 2015, addressed to:

Cathy Lusk, Clerk
12Th Court Of Appeals
1517 WEST FRONT STREET, STE# 354
TYLER, TEXAS 75702

_Calvin L. Rushing_
CALVIN LOUISE RUSHING